No. 98—2368. Graves v. Graves. This was a bill for a divorce on the ground of extreme and repeated cruelty, brought by appellant, the wife, against appellee, the husband. The defendant below answered denying the several charges of cruelty and by way of bar to the relief sought by the plaintiff, charged her with adultery. The court below found that the charges of extreme and repeated cruelty were sustained by the evidence, but dismissed the plaintiff's bill, on the ground that the charge of adultery made by the defendant against her was sufficiently made out or sustained to defeat her right to a decree for a divorce. Under the circumstances, the plaintiff having established the husband's guilt in the clearest manner, if the latter would deprive her of her remedy, he was subject to the

(652)

burden of proving her guilt by evidence that admits of no dispute. This he fell entirely short of doing. Aside from his cruel and brutal treatment of his wife, the defendant was shown to be a man of bad character. He testified to circumstances calculated to create a suspicion of guilt on her part, and called a witness to corroborate him, whose testimony when critically examined is very unsatisfactory, and entitled to little or no weight. Her explanation of all the alleged criminating circumstances seems reasonable. and is sufficient to dispose of the defense, so poorly supported as it was by evidence on his behalf. Reversed and remanded with directions to enter a decree for a divorce in favor of plaintiff. Opinion PER CURIAM. Judge below, GWYNN GARNETT. Attorneys, for appellant, Mr. GEO. H. PULLMAN and Mr. W. P. BLACK. Opinion filed July 21, 1886.